IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

ZACHARY CHAPMAN,                         :

    Petitioner,                          :

vs.                                      :    CIVIL ACTION 04-0767-WS-C

UNITED STATES BUREAU OF PRISONS,         :

    Respondent.                          :

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that this action be and is hereby **DISMISSED** without prejudice for failure to prosecute and to obey the Court's order.

**DONE** and **ORDERED** this 19th day of April, 2006.

                                  s/WILLIAM H. STEELE
                                  UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

ZACHARY CHAPMAN,                          :

     Petitioner,                          :

vs.                                        :       CIVIL ACTION 04-0767-WS-C

UNITED STATES BUREAU OF PRISONS,:

     Respondent.                          :


## JUDGMENT

It is ORDERED, ADJUDGED, and DECREED that this action be and is hereby DISMISSED without prejudice.

DONE this ____ day of _____, 20____.


_____
UNITED STATES DISTRICT JUDGE