# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

ZACHARY CHAPMAN,                     :

      Petitioner,                          :

vs.                                  :    **CIVIL ACTION 04-0767-WS-C**

UNITED STATES BUREAU OF PRISONS,     :

      Respondent.                          :

## JUDGMENT

It is **ORDERED**, **ADJUDGED**, and **DECREED** that this action be and is hereby **DISMISSED** without prejudice.

**DONE** and **ORDERED** this 19th day of April, 2006.

                                    s/WILLIAM H. STEELE
                                    UNITED STATES DISTRICT JUDGE